1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment and Natural Resources Division

3  MICHELLE R. LAMBERT
   Trial Attorney
4  U.S. Department of Justice
   Environmental Defense Section
5  P.O. Box 23986
   Washington, D.C. 20026-3986
6  Tel:   (202) 616-7501
   Fax:   (202) 514-8865
7  Email: michelle.lambert@usdoj.gov
   *Attorney for Defendants*

8

9

10

11              UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION
13

14

15  SIERRA CLUB and WILDEARTH          )   Case No. 3:10-cv-04060-CRB
    GUARDIANS,                         )
16                                     )
                                       )   **STIPULATION TO CONTINUE**
17              Plaintiffs,            )   **INITIAL CASE MANAGEMENT**
                                       )   **DEADLINES BY 60 DAYS**
18              v.                     )
                                       )   **AND**
19  LISA JACKSON, in her official capacity as )
    Administrator of the United States )   **[PROPOSED] ORDER THEREON**
20  Environmental Protection Agency,   )
                                       )
21              Defendant.             )
                                       )
22                                     )
                                       )
23                                     )
                                       )
24

25       WHEREAS, on September 9, 2010, Plaintiffs Sierra Club and Wildearth Guardians filed

26  the complaint in the above-captioned matter against Defendant Lisa P. Jackson, in her official

27  capacity as Administrator of the United States Environmental Protection Agency ("EPA"),

28  alleging that EPA failed to fulfill certain non-discretionary duties under the Clean Air Act, 42

1  U.S.C. §§ 7401-7671q, and that such alleged failure is actionable under section 304(a)(2) of the
2  Act, 42 U.S.C. § 7604(a)(2);

3  WHEREAS, Plaintiffs and EPA seek to resolve this case through private settlement,
4  thereby reducing litigation expenses and preserving the Court's resources, and are currently
5  engaged in settlement discussions;

6  WHEREAS, any final settlement of this case must be approved by authorized officials at
7  the United States Department of Justice and EPA, a process that can take several weeks;

8  WHEREAS, at least 30 days before any final settlement of this matter can be entered,
9  EPA must provide notice of such settlement in the Federal Register and an opportunity for public
10 comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

11 WHEREAS, no previous requests for extensions of time or continuances have been filed
12 in this case, and the parties believe that the requested 60-day continuances below will not
13 adversely affect the schedule of this case;

14 NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through
15 their undersigned counsel, hereby stipulate to entry of an order that:

16 1.   Continues the parties' deadline to file a Rule 26(f) Report and Joint Case
17 Management Statement to March 11, 2011;

18 2.   Continues the initial case management conference to March 18, 2011 at 8:30am or
19 a date and time thereafter set by the Court.

20 **COUNSEL FOR PLAINTIFFS:**

Dated: December 16, 2010              /s/ Kimberly A. Sturm (with permission)
                                      KRISTIN HENRY (SBN 220908)
                                      Sierra Club Environmental Law Program
                                      85 Second Street, Second Floor
                                      San Francisco, CA 94105
                                      Telephone: (415) 977-5716
                                      Fax: (415) 977-5793
                                      kristin.henry@sierraclub.org

                                      KIMBERLY A. STURM (PHV)
                                      Attorney at Law
                                      260 Peachtree St., NW, Suite 1200
                                      Atlanta, GA 30303
                                      Telephone: (404) 525-9205
                                      Fax: (404) 522-0275
                                      ksturm@stack-envirolaw.com

**COUNSEL FOR DEFENDANT:**

Dated: December 16, 2010          IGNACIA S. MORENO
                                  Assistant Attorney General
                                  Environment and Natural Resources Division

                                  /s/ Michelle R. Lambert
                                  MICHELLE R. LAMBERT
                                  Trial Attorney
                                  United States Department of Justice
                                  Environmental Defense Section
                                  P.O. Box 23986
                                  Washington, D.C. 20026-3986
                                  Telephone: (202) 616-7501
                                  Fax: (202) 514-8865
                                  Email: michelle.lambert@usdoj.gov

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __Dec. 17, 2010__          _____
                                  HON. CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE



STIPULATION TO CONTINUE
INITIAL CASE MANAGEMENT DEADLINES          3          Case No. 3:10-cv-04060-CRB