UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:10-cv-04060-CRB<br><br>[PROPOSED] CASE MANAGEMENT ORDER |

Before the Court is the parties' Joint Case Management Statement. Upon due consideration, and for good cause shown, it is

ORDERED that the Joint Case Management Statement is hereby adopted by the Court as the Case Management Order for the case. The Case Management Conference presently set for March 18, 2011, at 8:30 a.m is vacated.

Dated: __March 11, 2011__   _____
HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*